MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
COLIN SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7020
    FAX: (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 14-463 RS |
|---|---|---|
| Plaintiff, | ) ) | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | ) ) | |
| EFRAIN ARTURO JOVEL, | ) ) | |
| Defendant. | ) ) | |

    Plaintiff, United States of America, by its undersigned attorneys, supports the recommendations of the Presentence Investigation Report as they are consistent with the parties' written plea agreement that was entered pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure..

                                        Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                        */s/ Colin Sampson*
                                        COLIN SAMPSON
                                        Assistant United States Attorney
                                        Tax Division

U.S.' Sentencing Memorandum
U.S. v. Jovel CR 14-463 RS              1