CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant EFRAIN JOVEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 14-00463-RS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING** |
| | ) | |
| v. | ) | |
| | ) | |
| EFRAIN JOVEL, | ) | |
| | ) | |
| Defendant. | ) | |

　　　Because Efrain Jovel has injured his rotator cuff and is awaiting a surgical date; and because he needs additional time to obtain the funds to make restitution in this matter,

IT IS HEREBY ORDERED THAT:

　　　The sentencing date currently set for January 20, 2015 is vacated and this matter will be continued for sentencing to March 3, 2015.  In the meantime the defendant shall keep probation and the government appraised of his medical condition and any medical developments.

So Stipulated

Date: January 13, 2015　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　Christopher J. Cannon
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Efrain Jovel

STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING
CR-14-0463-RS

Date: January 13, 2015

                                            /s/
                                      Colin S. Sampson
                                      Assistant United States Attorney

**SO ORDERED.**

Date: 1/14/15

*[signature: Richard Seeborg]*

The Honorable Richard Seeborg
United States District Judge