UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

for the Honorable Richard Seeborg

**Date:** March 3, 2015                             **Time:** 20 min.

**Case No.**   CR 14-00463-01 RS

**Title:**   UNITED STATES OF AMERICA   v. Efrain Arturo Jovel
                              **(Present, Out of Custody)**

**Appearances**:

    For the Government: Colin Sampson

    For the Defendant: Christopher Cannon

**Interpreter:** n/a                             **Probation Officer:** J. D. Woods

**Deputy Clerk:** Corinne Lew                    **Court Reporter:** Debra Pas

## PROCEEDINGS

Sentencing Hearing Held.

## SUMMARY

The court sentenced the defendant to custody of the Bureau of Prisons for a period of 18 months.  Upon release from custody, the defendant shall be placed on a term of supervised release for a period of 3 years.  The defendant is ordered to pay a special assessment in the amount of $300, which shall be due immediately. Defendant shall pay a fine of $10,000 and Restitution in the amount of $175,023.00.