CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama St., No. 3
San Francisco, CA  94103
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorneys for Defendant Efrain Jovel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 14-463 RS |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER ALLOWING TRAVEL TO** |
| | ) **EL SALVADOR** |
| Efrain Jovel, | ) |
| Defendant. | ) |

    Efrain Jovel, has been discharged from the Bureau of Prisons and is now free on supervised release.  In accordance with his plea agreement he paid the government $462,919.00 prior to his incarceration.  Prior to his incarceration, including when he was on pretrial release in this case, Jovel regularly traveled to El Salvador to visit his 89 year old mother.  Jovel would like to again travel to El Salvador to visit his mother who he has not seen as a result of his incarceration.  His mother suffers from macular degeneration and is presently cared for by his sister who is having some medical issues of her own.  Jovel would like to visit his mother and assist in her care and give his sister a respite from her

STIPULATION AND [PROPOSED] ORDER ALLOWING INTERNATIONAL TRAVEL,
CR 14-0463 RS

duties of care.  Accordingly, Jovel would like to travel to El Salvador between September 1 and September 20, 2016.  At sentencing, the subject of travel to Central America was discussed upon release from incarceration and the Court indicated it would be inclined to allow such travel upon request.  We are now making that request.  Neither the government nor probation opposes this request.

Date: August 19, 2016.                              Respectfully submitted,

                                                               /s/
                                           Chris Cannon
                                           Counsel for Efrain Jovel

So Stipulated.

Date: August 19, 2016.                              /s/
                                           Colin Sampson
                                           Assistant United States Attorney

It is Hereby Ordered that Efrain Jovel may travel to El Salvador from September 1 to September 20, 2016.   Jovel shall provide his probation officer a copy of itinerary prior to his departure.   Future travel to El Salvador may be permitted at the discretion of the probation office without further Court Order.

Date: 8/22/16

                                         The Honorable Richard Seeborg
                                         United States District Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING INTERNATIONAL TRAVEL,
CR 14-0463 RS